UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Patricia Amos, *et al.*,

    Plaintiffs,

v.

PPG Industries Inc., *et al.*,

    Defendants.

Case No. 2:05-cv-70

Judge Michael H. Watson

Magistrate Judge Vascura

## OPINION AND ORDER

On August 16, 2019, Chief Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending that the Court grant final approval of the parties' Settlement Agreement and Plan of Allocation, award attorney's fees, costs, and expenses in the amount of $2,350,000.00, and enter final judgment in this case. R&R 2, ECF No. 427. Thereafter the parties filed a joint notice of non-objection to the R&R. Notice, ECF No. 428. Accordingly, the Court **ADOPTS** the findings and conclusions of the R&R in full. Plaintiffs' motion for final approval, ECF No. 418, and motion for attorney's fees, costs, and expenses, ECF No. 413, are **GRANTED**. This case is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to enter final judgment and terminate this case.

    **IT IS SO ORDERED.**

                                  */s/ Michael H. Watson*
                                  **MICHAEL H. WATSON, JUDGE**
                                  **UNITED STATES DISTRICT COURT**